FILED
Clerk
District Court
MAR 20 2024
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIANG YANG,<br><br>Defendant. | Criminal Case No. 1:23-cr-00027<br><br>**ORDER GRANTING**<br>**UNITED STATES' MOTION TO SEAL** |

FOR CAUSE SHOWN, the United States' Motion to Seal (ECF No. 35) is GRANTED. The United States' March 19th Unopposed Motion shall be filed and maintained under seal until further order of the Court.

IT IS SO ORDERED on March 20, 2024.

_____
HEATHER L. KENNEDY
Magistrate Judge

- 1 -