IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIANG YANG,<br><br>Defendant. | Criminal Case No. 1:23-cr-00027<br><br>**ORDER GRANTING<br>UNITED STATES' UNOPPOSED<br>MOTION TO CONTINUE SENTENCING** |

FILED
Clerk
District Court
MAR 20 2024
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

1   FOR GOOD CAUSE SHOWN, Defendants' sentencing hearing is hereby continued from
2   April 17, 2024, to July 19, 2024, at 1:30 p.m.  Sentencing memoranda and other related materials
3   shall be due on July 12, 2024.

IT IS SO ORDERED on March 20, 2024.

_____
HEATHER L. KENNEDY
Magistrate Judge